United States District Court
For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   MALIBU MEDIA, LLC,                        No. C 15-04175 WHA

11              Plaintiff,

12       v.

13   JOHN DOE SUBSCRIBER ASSIGNED IP          **ORDER EXTENDING
     ADDRESS 98.210.130.222,                  DEADLINE TO SERVE**
14                                            **DEFENDANT WITH SUMMONS
                Defendant.                    AND COMPLAINT**
15   _____/

16

17       Plaintiff commenced this action on September 11, 2015.  Pursuant to Rule 4(m), the

18   deadline to effectuate service of process was January 11, 2016.  On October 18, 2015, an order

19   granted plaintiff's request to serve a third-party subpoena on defendant's Internet provider,

20   Comcast, in order to obtain defendant's identifying information.  Plaintiff received defendant's

21   identifying information from Comcast on December 17.  On January 11, plaintiff sought to

22   extend the deadline to effectuate service by forty-five days.

23       Plaintiff had twenty-five days to serve defendant from the date it received Comcast's

24   response and offers an inadequate explanation for its failure to do so within that time period.

25   Specifically, plaintiff avers, without any details, that it "conducted a thorough investigation of

26   the information provided" by Comcast.  Further, plaintiff notes that it must move to file under

27   seal its amended complaint, proposed summons, and return of service before it can serve

28   defendant, although it has not yet filed any such sealing motion or a proposed summons.

United States District Court
For the Northern District of California

1    In the Court's judgment, four weeks following the receipt of defendant's identifying

2    information should be sufficient time to effectuate service unless defendant is dodging service.

3    This order hereby extends the deadline to effectuate service to **JANUARY 29, 2016**.  Going

4    forward, plaintiff must serve the defendants in its other cases within the 120 days provided in

5    Rule 4(m) (90 days for cases filed after the 2015 amendments to the Federal Rules of Civil

6    Procedure took effect) or four weeks from receiving the identifying information from the

7    defendant's Internet provider.

8

9    **IT IS SO ORDERED.**

10

11   Dated:   January 17, 2016.

12                                                              WILLIAM ALSUP
                                                               UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2