IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04175 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.210.130.222, | **ORDER GRANTING SEALING MOTION AND EXTENDING DEADLINE TO EFFECTUATE SERVICE** |
| Defendant. | |

A prior order extended the deadline to effectuate service to January 29. On January 29, plaintiff filed a motion to further extend the deadline, citing its own oversight in neglecting to file a motion to file under seal its amended complaint, proposed summons, and return of service. On February 1, plaintiff filed its sealing motion. Plaintiff's sealing motion is hereby **GRANTED**. Plaintiff shall have until **FEBRUARY 16** to effectuate service.

**IT IS SO ORDERED.**

Dated: February 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE