**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　Plaintiff,<br><br>　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.210.130.222,<br><br>　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 15-04176 WHA<br><br>**ORDER GRANTING SEALING MOTION** |

　　　　Defendant seeks leave to file various documents containing his identifying information (Dkt. No. 31). That motion is hereby **GRANTED**.

　　　　**IT IS SO ORDERED.**

Dated: March 11, 2016.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE