**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04175 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.210.130.222, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| Defendant. | |

The parties have filed a stipulation of dismissal with prejudice of all claims in this action (Dkt. No. 40). This action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE